In the Matter of a Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK with Respect to a Mortgage Covering Premises 8718 RIDGE BOULEVARD, BOROUGH OF BROOKLYN, Guaranteed by LAWYERS MORTGAGE COMPANY. (Mortgage No. 200,643.)

ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Mortgage Company, and Bureau of Trust Supervision, Respondents; BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated the 21st Day of November, 1938, Appellant.

Argued April 14, 1948; decided May 20, 1948.

*Stanley S. Hawkes* and *Ralph W. Crolly* for appellant.

*J. Francis Lynch, Gertrude D. H. Perlman* and *Thomas D. Austin* for respondents.

*Stanley Zuckerman* for *amici curiæ* in support of respondents' position.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.